# Court of Appeals
# of the State of Georgia

ATLANTA, October 30, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0646. ERNEST TEPPER et al. v. SARASOTA CCM, INC.

In this civil action, the trial court entered a final judgment in favor of plaintiff Sarasota CCM, Inc., in November 2024. Defendant Ernest Tepper filed a motion to set aside the judgment under OCGA § 9-11-60(d)(1) and (3). The trial court denied the motion in February 2025, and Tepper subsequently filed this direct appeal. We lack jurisdiction.

The denial of a motion to set aside a final judgment under OCGA § 9-11-60(d) must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(8), (b); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Tepper's failure to comply with the discretionary review procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/30/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*